# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

1

2

3

4  HICHAM AL DARWICH,                          )

5                                              )
           Plaintiff,                          )  Case No.: SACV10-00320 CJC (RNBx)
6                                              )
        v.                                     )
7                                              )
8  U.S. CITIZENSHIP AND                        )
   IMMIGRATION SERVICES;                       )
9  GERARD HEINAUER, Director,                  )      Priority   ____
10 USCIS Nebraska Service Center;              )      Send       ____
   ALEJANDRO MAYORKAS, Director, )             Enter      ____
11 U.S. Citizenship and Immigration            )      Closed     ____
   Services; JANET NAPOLITANO,                 )      JS-5/JS-6  X
12 Secretary, U.S. Department of               )      JS-2/JS-3  ____
13 Homeland Security; ERIC H.                  )      Scan Only  ____
14 HOLDER, JR., U.S. Attorney General, )
15                                              )
           Defendants.                         )
16                                              )
17

18

19                         (PROPOSED) ORDER

20

21   Pursuant to the Notice of Dismissal submitted by the Plaintiff in this action,

22   IT IS HEREBY ORDERED that the case be DISMISSED WITHOUT

23   PREJUDICE.

24

25

26   Dated: _June 14, 2010_

27                                     _____
                                       The Honorable Cormac J. Carney
                                       United States District Judge
28